UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 15-22467-CIV-ZLOCH

ROSA DIAZ,

    Plaintiff,

v.

GRANDAD ELDERLY CORP.
and JULIA D. CARDERO, individually

    Defendants.
_____/

## STATEMENT OF CLAIM

Plaintiff ROSA DIAZ, by and through its undersigned counsel, hereby submits pursuant to the Honorable Judge William J. Zloch's Order, dated July 1, 2015 [D.E. 5], Plaintiff's Statement of Claim.  As grounds, the Plaintiff states:

1. Plaintiff endeavored at this stage of litigation to formulate its Statement of Claim on the basis of the best data available.  Defendant and/or persons who are non-parties or who are no longer employees of Defendant may have relevant information or documents, but Plaintiff is not purporting to provide in this Statement of Claim, confirmed information, if any, presently possessed by such persons.  Discovery is ongoing.

2. On June 29, 2015, Plaintiff ROSA DIAZ, through its undersigned counsel filed her Fair Labor Standards Act cause of action against her former employer, GRANDAD ELDERLY CORP. and JULIA D. CARDERO.

3. **Total Amount of Alleged Unpaid Wages**: Discovery in this cause of action is ongoing.  As such, subject to such additional or different information that discovery

or further investigation may disclose, Plaintiff at this time alleges that a pre-discovery estimate that is due and owing to Plaintiff is as follows:

A. **Overtime:** $36,974.08

   a. Total amount of alleged unpaid O/T wages:

   Thirty Six Thousand Nine Hundred Seventy Four Dollars and 08/100 ($36,974.08)

   b. Calculation of such wages:
   Total relevant weeks: 88
   Total hours worked: 72 hours weekly
   Total overtime hours: 32 hours weekly
   Regular rate: $8.75 x 1.5 = $13.13 O/T rate

   $13.13 O/T rate x 32 O/T hours weekly=$420.16 weekly
   $420.16 x 88 weeks = $36,974.08

   c. Nature of wages (e.g. overtime or straight time):

   This amount represents unpaid overtime wage.

B. **FLSA Minimum Wages**: $20,416.00

   a. Total amount of alleged unpaid wages:

   Twenty Thousand Four Hundred Sixteen Dollars and 00/100 (20,416.00)

   b. Calculation of such wages:
   Total relevant weeks: 88
   Total hours worked: 72 hours weekly
   Total paid hours: 40 hours weekly
   Total unpaid hours: 32 hours weekly

   Minimum wage 2013 and 2014 = $7.25

   $7.25 x 32 unpaid hours worked= $232.00 per week
   $232.00 x 88 weeks = $20,416.00

   c. Nature of wages:

   This amount represents unpaid minimum wages.

C. **Attorney's Fees and Costs:  To be determined.**

4. Plaintiff ROSA DIAZ is owed the amount of Thirty Six Thousand Nine Hundred Seventy Four Dollars and 08/100 ($36,974.08) in unpaid overtime, or in the alternative, Twenty Thousand Four Hundred Sixteen Dollars and 00/100 ($20,416.00) in FLSA minimum wages; plus a reasonable amount in Attorney's Fees and Costs.

5. Therefore, Plaintiff ROSA DIAZ is owed a total amount of $36,974.08 (unliquidated) and $73,948.16 (liquidated); plus a reasonable amount in Attorney's Fees and Costs.

WHEREFORE, based on the foregoing, the Plaintiff ROSA DIAZ, files her Statement of Claim.

Dated: July 21, 2015

        Respectfully submitted,

        **ZANDRO E. PALMA, P.A.**
        **Attorney for Plaintiff**
        3100 S. Dixie Hwy, Ste 202
        Miami, FL 33133
        Telephone:  (305) 446-1500
        Facsimile:   (305) 446-1502
        zep@thepalmalawgroup.com
        BY:   **s/Zandro E. Palma**
        Zandro E. Palma Esq.
        Florida Bar No.: 0024031

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 21, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

BY:  s/Zandro E. Palma
Zandro E. Palma Esq.
Florida Bar No.: 0024031
**ZANDRO E. PALMA, P.A.**
3100 S. Dixie Hwy, Ste 202
Miami, FL 33133
Telephone:  (305) 446-1500
Facsimile:   (305) 446-1502
zep@thepalmalawgroup.com
*Attorney for Plaintiff*