UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-22467-CIV-ZLOCH

ROSA DIAZ,

    Plaintiff,
v.

GRANDAD ELDERLY CORP., et al.

    Defendants.
_____/

## JOINT SCHEDULING REPORT

Plaintiff, ROSA DIAZ and Defendants, GRANDAD ELDERLY CORP and JULIA D. CARDERO, individually by and through their respective undersigned counsel and pursuant to Rule 16.1(b), Local Rules for the Southern District of Florida ("S.D. Fla. L.R."), hereby submit this Joint Scheduling Report. The undersigned counsels certify that they conferred on August 4, 2015 in accordance with S.D. Fla. L.R. 16.1 and, as required by Rule 26 (a)(1), Federal Rules of Civil Procedure ("Fed. R. Civ. P.") and the Court's above-referenced Order, they agreed to exchange witnesses' lists and documents on or before September 30, 2015.

    **I.**    **Likelihood of Settlement**

The parties are open to the possibility of settlement and intend to discuss settlement as the case progresses.

    **II.**    **The Likelihood of Appearance of Additional Parties**

The parties currently do not foresee the appearance of any additional parties. However, should the need to join additional parties arise, the parties will properly address those issues with the Court within the time lines prescribed by the Court.

### III. Proposed Limits on Time

A. <u>To Join other Parties and Amend Pleadings</u>:  The parties propose that any motion, (i) to join additional parties, or (ii) to amend any pleadings must be filed by September 7, 2015.

B. <u>To Complete Discovery</u>:  The parties propose that all fact discovery be completed by February 29, 2016.

C. <u>To File Dispositive Pretrial Motions</u>:  The parties propose that all dispositive pretrial motions and memoranda of law should be filed by March 28, 2016.

### V. Proposals for the Formulation and Simplification of Issues

At this time, the parties do not have any proposals for the formulation and simplification of any issues.  As the case progresses, the parties will, in good faith, confer to discuss proposals for the formulation and simplification of issues in this case.

### VI. Necessity or Desirability of Amendments to the Pleadings

The parties do not currently anticipate a need to amend the pleadings.

### VII. Possibility of Obtaining Admissions

The parties anticipate that there will be stipulations regarding the admissibility of evidence and the authenticity of documents.  As discovery progresses, the parties will engage in good faith efforts to obtain admissions of fact and of documents to avoid unnecessary proof.

### VIII. Suggestions for the Avoidance of Unnecessary Proof and Cumulative Evidence

As discovery progresses, the parties will engage in good faith efforts to avoid unnecessary proof and cumulative evidence through admissions, stipulations and other means.

### IX. Preliminary Estimate of Time Required for Trial

This case is a jury trial case. The parties believe that this case should take 2-3 days for trial.

### X. Suggested Dates for Conferences Before Trial, Pre-trial Conferences and Trial

A. <u>Pre-trial Conference</u>: The parties propose that the Pre-Trial Conference be scheduled on or about June 24, 2016.

B. <u>Trial</u>:  The parties propose that this case be set for trial on or about July 6, 2016.

C. <u>Status Conference</u>:  At this time, the parties do not foresee the need for a status conference, but respectfully propose that any status conferences be scheduled by the Court upon the request of the parties as needed.

### XI. Referral to a United States Magistrate Judge

The parties consent to proceed before a District Judge of this Court to conduct all proceedings in this case, including trial and entry of final judgment.

### XII. Other Information

At this time, the parties are not aware of any other information that might be helpful to the Court in setting the case for status or pretrial conference.

Dated: <u>August 7, 2015</u>

Respectfully submitted,

| | |
|---|---|
| ZANDRO E. PALMA | EDDY O. MARBAN, ESQ. |
| ZANDRO E. PALMA, P.A. | THE LAW OFFICES OF EDDY O. |
| *Attorneys for Plaintiff* | MARBAN |
| 3100 S. Dixie Hwy., Suite 202 | *Attorney for Defendants* |
| Miami, FL 33133 | 1600 Ponce de Leon Boulevard, Suite 902 |
| | Coral Gables, Florida 33134 |
| By: */s/Zandro E. Palma* | By: */s/Edilberto O. Marban* |
|    Zandro E. Palma, Esq. |    Eddy O. Marban, Esq. |
|    Fla. Bar No. 0024031 |    Fl. Bar No. 435960 |
|    Telephone (305) 446-1500 |    Telephone (305) 448-9292 |
|    Facsimile (561) 446-1502 |    Facsimile (305) 448-9477 |
|    E-mail: zep@thepalmalawgroup.com |    E-mail: marbanlaw@gmail.com |

<u>SERVICE LIST</u>
<u>CASE NO. 15-22467-CIV-ZLOCH</u>

Eddy O. Marban, Esq.
**THE LAW OFFICES OF**
**EDDY O. MARBAN**
1600 Ponce de Leon Boulevard, Suite 902
Coral Gables, Florida 33134
Telephone (305) 448-9292
Facsimile (305) 448-9477
marbanlaw@gmail.com
*Counsel for Defendants*

Zandro E. Palma, Esq.
**THE LAW OFFICES OF**
**ZANDRO E. PALMA, P.A.**
3100 South Dixie Highway, Suite 202
Miami, Florida 33133
Telephone: 305-446-1500
Facsimile: 305-446-1502
zep@thepalmalawgroup.com
*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-22467-CIV-ZLOCH

ROSA DIAZ,

    Plaintiff,

v.

GRANDAD ELDERLY CORP., and JULIA
D. CARDERO, individually,

    Defendants.
_____/

## SCHEDULING ORDER

THIS CAUSE having come before the Court on the Joint Scheduling Report filed by the parties pursuant to S.D. Fla. L.R. 16.1(B), and the Court being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1. This case shall be assigned to the Standard case management track pursuant to S.D. Fla. L.R. 16.1 (A)(2)(b).

2. Discovery shall be completed by <u>February 29, 2016.</u>

3. The parties shall have until <u>September 7, 2015</u> to join additional parties and amend the pleadings.

4. All pretrial motions, shall be filed on or before <u>March 28, 2016</u>.

5. The Court shall resolve all pretrial motions on or before _____, 201__.

6. A pre-trial conference shall be held on <u>June 24, 2016</u>.

7. The trial of this case shall commence on <u>July 6, 2016</u>.

DONE AND ORDERED in Chambers in _____, Florida this ___ Day of _____, 2015.

                                              _____
                                              WILLIAM J. ZLOCH

                                        UNITED STATES DISTRICT JUDGE

Copies furnished to: All counsel of record.