UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-22467-CIV-ZLOCH

ROSA DIAZ,

    Plaintiff,

v.

GRANDAD ELDERLY CORP., a Florida Corporation, and JULIA D. CARDERO, individually,

    Defendants.
_____/

## DEFENDANTS' RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM

COME NOW, Defendants, by and through their undersigned attorney, and hereby respond to Plaintiff's Statement of Claim [D.E. 8], and state as follows:

1.    Defendants assert that Plaintiff was properly paid for all hours worked and did not work more than forty (40) hours per week.

2.    Plaintiff had other jobs and would frequently ask for days off to take a job at another facility.

3.    Plaintiff did not work at Defendants' facility for the 88 weeks asserted in Plaintiff's Statement of Claim. Plaintiff was employed from approximately July 2013 through January 2014.

4.    Defendants also dispute Plaintiff's Statement of Claim in that it incorrectly calculates the overtime damages at time-and-one-half. Plaintiff was paid a fixed weekly salary which is intended to compensate her for all hours worked. Therefore, assuming *arguendo* that she worked more than 40 hours per week, overtime would be correctly calculated using a half-time calculation after deriving her regular rate for all hours worked. Similarly, Plaintiff is not

entitled to minimum wages as she was at least compensated her regular rate for all hours worked. Plaintiff did not work off-the-clock hours.

5. Furthermore, seeking overtime wages and minimum wages in the manner calculated in Plaintiff's Statement of Claim is duplicative.

6. Plaintiff is not entitled to any unpaid overtime or minimum wages.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via transmission of Notices of Electronic Filing generated by CM/ECF, to Zandro E. Palma, Esq. of Zandro E. Palma, P.A., 3100 South Dixie Highway, Suite 202, Miami, Florida 33133, on this 24th day of August, 2015.

THE LAW OFFICES OF
EDDY O. MARBAN
1600 Ponce De Leon Boulevard, Suite 902
Coral Gables, Florida 33134
Telephone (305) 448-9292
Facsimile (305) 448-9477
E-mail: marbanlaw@gmail.com

By: *s/Edilberto O. Marban*
    EDDY O. MARBAN, ESQ.
    Fla. Bar No. 435960