UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-22467-CIV-ZLOCH

ROSA DIAZ,

      Plaintiff,

vs.                                    **ORDER TO SHOW CAUSE**

GRANDAD ELDERLY CORP.
et al.,

      Defendants.

_____/

THIS MATTER is before the Court sua sponte.  The Court has carefully reviewed the entire court file herein and is otherwise fully advised in the premises.

By a Mediator's Report (DE 18) filed October 29, 2015, the Court was advised that the Parties reached a settlement in this matter.  As noted by prior Court Order (DE 14), the Court requires that a Stipulation Of Dismissal be filed in accord with Federal Rule of Civil Procedure 41(a) within ten (10) days of such a notice.  See DE 14, ¶ 17.

Additionally, the Court notes that the above-styled cause arises under the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq. In its previously entered Order On Fair Labor Standards Act Settlement Instructions (DE 15), the Court set forth the information it requires, in the event of a settlement, in order to scrutinize the Parties' Settlement Agreement for fairness.  See Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350 (11th Cir. 1982).

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that by noon on Monday, November 16,

2015, the Parties shall file a Joint Stipulation Of Dismissal in accord with Federal Rule of Civil Procedure 41(a) and submit their Settlement Agreement for Court review, in compliance with the Court's prior Orders (DE Nos. 14 & 15), or show good cause why the Court should not dismiss the above-styled cause for failure to comply with the Court's prior Orders (DE Nos. 14 & 15). Failure of the Parties to timely abide by the terms and conditions of this Order shall result in dismissal of the above-styled cause without prejudice and without further notice or hearing.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___12th___ day of November, 2015.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record